COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Brandon James Joseph v. The State of Texas

Appellate case number:    01-12-00753-CR

Trial court case number:  1255839

Trial court:              248th District Court of Harris County

The complete record has been filed in the above-referenced appeal. Appellant's appointed counsel, Patricia Segura, has not filed a brief on appellant's behalf. Appellant's brief was first due on November 1, 2012. On December 3, 2012, the Clerk of the Court notified appellant that a brief had not yet been filed and required a response within 10 days. Appellant did not respond.

In accordance with Texas Rule of Civil Procedure 38.8, we must abate the appeal and remand the case for the trial court to immediately conduct a hearing at which a representative of the Harris County District Attorney's Office, appellant's counsel Patricia Segura, and appellant shall be present.[1] *See* TEX. R. APP. 38.8(b)(2). The court coordinator of the trial court shall set a hearing date and notify the parties and the clerk of this court of such date. The trial court shall have a court reporter record the hearing. The trial court is directed to:

(1)    make a finding on whether appellant wishes to prosecute the appeal; and, if so,

(2)    make a finding on whether Patricia Segura has abandoned the appeal by failing to file a brief on appellant's behalf and whether good cause exists to relieve her of her duties as appellant's counsel; and,

(3)    if so, appoint substitute counsel; or

(4)    if not, set a date certain by which appellant's brief will be filed, not later than 30 days after the date of the hearing.

*See* TEX. CODE CRIM. PROC. ANN. art. 1.051(d), 26.04(j)(2) (West Supp. 2012); TEX. R. APP. P. 38.8(b).

---

[1]    If appellant is incarcerated, and at the trial court's discretion, appellant may participate in the hearing by closed-circuit video teleconferencing. Any such teleconference must use a closed-circuit video teleconferencing system that provides for a simultaneous compressed full motion video and interactive communication of image and sound between the trial court, appellant, and any attorneys representing the State or appellant.

A supplemental clerk's record containing the trial court's findings and recommendations shall be sent to this Court **no later than April 8, 2013**. *See* TEX. R. APP. P. 38.8(b)(3). If the hearing is conducted by video teleconference, the trial court's findings and recommendations and a certified video recording of the hearing shall also be filed in this Court **no later than April 8, 2013**. *See id.*

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when findings and recommendations that comply with this order are filed in this Court.

It is so **ORDERED**.


Judge's signature: /s/ Jane Bland
           ☑ Acting individually    ☐ Acting for the Court


Date: March 8, 2013